UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

REBECCA DAWN FLEENOR, )
)
    Plaintiff, )
)
v. ) No.: 2:21-CV-158-KAC-CRW
)
BETHANY O'DONNELL, )
)
    Defendant. )

## JUDGMENT

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, Plaintiff's claims against Defendants are hereby **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close the case.

    **SO ORDERED**.

                                                               _____
                                                               KATHERINE A. CRYTZER
                                                               United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT